**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. 24-322** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **ANTHONY FEDELE** | | |

**<u>ORDER FOR A PRESENTENCE INVESTIGATION REPORT</u>**

       **AND NOW**, this 23rd day of October, 2024, the defendant having **(pled guilty),** been (found guilty), or (entered a plea of *nolo contendere*) to **<u>Count(s) 1</u>**, and sentencing having been scheduled for **<u>April 2, 2025 at 9:30 a.m. in Courtroom 14-B</u>**, it is **ORDERED** that the United States Probation Office shall conduct an investigation and prepare a Presentence Investigation Report.

       **IT IS FURTHER ORDERED**, pursuant to this District's Standing Order, as follows:

       1.     The defendant shall meet with the Probation Officer assigned to prepare the defendant's Presentence Investigation Report.[1]

       2.     Not less than thirty-five (35) days before the sentencing hearing, the probation officer shall furnish the Presentence Investigation Report to the defendant, defense counsel, and the attorney for the Government.  The probation officer's sentencing recommendation shall not be disclosed unless the sentencing judge directs otherwise.

       3.     Within fourteen (14) days of receipt of the Presentence Investigation Report, the parties shall submit in writing to the probation officer, and to each other, any objections to any material information, sentencing classifications, sentencing guideline ranges, and policy

---

[1] Although not required, defense counsel is encouraged to attend the Presentence Investigation Report interview if possible.

statements contained in or omitted from the presentence report.  If a party has no objections, the party shall notify the probation officer in writing within the aforesaid time limits.  Any objection not filed will be deemed waived unless the Court finds good cause for allowing it to be raised.

4.    Should the attorney for the Government intend to file a motion for a downward departure under United States Sentencing Guideline Section 5K1.1, or from a statutory mandatory minimum, the probation officer will be notified in writing on or before the submission date set for the filing of objections, and, be provided with whatever information supports the motion.

5.    No later than seven (7) days before the sentencing hearing, the probation officer shall submit the Presentence Investigation Report to the Court, together with an addendum setting forth any unresolved objections, the grounds for the objections and the probation officer's comments regarding each objection. The probation officer shall simultaneously furnish a copy of the revised Presentence Investigation Report to the defendant, defense counsel, and the attorney for the Government.

BY THE COURT:

/s/ Juan R. Sanchez
JUAN R. SANCHEZ, J.

Copy sent through CM/ECF to:
Date: 10/23/2024

U.S. Probation
U.S. Pretrial