IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 24-322 |
| ANTHONY FEDELE | : | |

### ORDER TO SURRENDER

AND NOW, this 21st day of April, 2025, the above-named defendant having been sentenced to the custody of the U.S. Marshal,

It is ORDERED that the execution of prison sentence is suspended until May 21, 2025, at which time defendant is directed to report to the designated institution or the U.S. Marshals for the Eastern District of Pennsylvania no later than 12:00 P.M to commence serving said sentence.

BY THE COURT:

_____
Juan R. Sánchez, J.

**ACKNOWLEDGEMENT**

I agree to report as directed by the Court in this Order and understand that if I fail to do so I may be cited for contempt and if convicted may be punished by imprisonment or fine, or both.

_____     _____
Attorney-Witness                                             Defendant