IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : |
| | : |
| **ANTHONY FEDELE** | : NO.: 24 CR 322 |
| | : |
| | : |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Defendant Anthony Fedele Motion for Return of Passport, it is hereby ORDERED that the Motion is GRANTED.

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : |
| | : |
| **ANTHONY FEDELE** | :     NO.: 24 CR 322 |
| | : |
| | : |

**DEFENDANT'S MOTION FOR RETURN OF PASSPORT**

Defendant, by and through his undersigned counsel, hereby requests that his passport be returned to him. In support hereof, Defendant states as follows:

1. On September 12, 2024 a Criminal Information was filed in the above captioned matter for violation of 21 U.S.C. §841 (a)(1),(b)(1)(C) Distribution of oxymorphone.

2. Petitioner waived indictment, pled guilty on October 23, 2024

3. On April 2, 2025, The defendant was sentenced to 24 months imprisonment and 1 year supervised release. The prison sentence is suspended until May 21, 2025 at which time the defendant is to report to his designated institution.

4. The defendant's passport is expired and he would like to renew the passport while incarcerated. The defendant will need the passport returned in order to renew it or in the alternative he would need information from the passport such as the passport number, issue date and expiration date.

**WHEREFORE**, it is respectfully requested that this Honorable Court GRANT the Defendant's request to return his passport.

Respectfully submitted:

_____
GREGORY J. PAGANO, ESQUIRE
Attorney for Defendant, Anthony Fedele
1315 Walnut Street 12th Floor
Philadelphia, PA 19107
215-636-0160

## CERTIFICATE OF SERVICE

GREGORY J. PAGANO, ESQUIRE, hereby certifies that on the date set forth below a true and correct copy of the Petitioner, Anthony Fedele Motion to Return Passport, has been served by electronic filing and email upon the following individuals on this date:

ANGELLA MIDDLETOWN, ESQUIRE
ASSISTANT UNITED STATES ATTORNEY
615 CHESTNUT STREET, SUITE 1250
PHILADELPHIA, PA 19106-4476

   /s/ Gregory Pagano
Gregory J. Pagano, Esq.
Attorney for Petitioner
**ANTHONY FEDELE**